IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JULIO RAMOS, ) | Case ID: 4:05CV3247 |
| ) | |
| Plaintiff, ) | |
| ) | ***ORDER*** |
| v. ) | |
| ) | |
| RANDY CROSBY, ET AL., ) | |
| ) | |
| Defendants. ) | |

IT IS HEREBY ORDERED that Filing 13 the withdrawal of the appearance by Defendants' attorney Tim Sullivan, #21883 is approved and the entry of appearance by Stephanie A. Zeeb, #22994 on behalf of Defendants is recognized and approved.

Dated this 24th day of January 2006.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge

14-251-2