IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JULIO RAMOS, | ) | 4:05CV3247 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| RANDY CROSBY, | ) | |
| MIKE KENNEY, | ) | |
| UNKNOWN CALVIN, | ) | |
| ROBERT HOUSTON, | ) | |
| DAVE HEINEMAN, | ) | |
| FRANK HOPKINS, | ) | |
| JOHN DOE DCS OFFICER, and | ) | |
| OFFICER DOUG JUNE, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on its own motion. On November 14, 2007, the court entered an order (filing 49) dismissing the action against all defendants other than Doug June, explaining that the court understands that this action is brought against Doug June in his individual capacity only, and providing that the parties had until December 4, 2007, to show cause why this action should proceed against Doug June in both his official and individual capacities.

The show-cause deadline has passed without response. In the absence of cause shown, this action will be dismissed without further notice and without prejudice as against Doug June in his official capacity and the only remaining claim will be the claim against Doug June in his individual capacity.

IT IS ORDERED:

1. This action is dismissed without prejudice as against Doug June in his official capacity;

2. The only remaining claim in this action is the claim against Doug June in his individual capacity; and

3. Judgment shall be withheld until resolution of the action against Officer June in his individual capacity.

December 11, 2007					BY THE COURT:

							s/ *Richard G. Kopf*
							United States District Judge