IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JULIO RAMOS, | ) | |
| | ) | 4:05CV3247 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| JOHN DOE, DCS Officer, and | ) | |
| UNKNOWN JUNE, Officer, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on Plaintiff's Motion to Withdraw Appeal. (Filing No. 67.) In its previous Memorandum and Order, the court permitted Plaintiff time to consider the filing fee for his appeal and allowed Plaintiff the option of withdrawing his appeal. (Filing No. 66.) In accordance with the previous Memorandum and Order, the Motion is granted.

IT IS THEREFORE ORDERED that:

1. Plaintiff's Motion to Withdraw Appeal (filing no. 67) is granted.

2. The Clerk of the court shall not process the appeal in this matter.

November 10, 2008.            BY THE COURT:

                              *s/Richard G. Kopf*
                              United States District Judge